JEROME B. McSWEENEY, Appellant *v.* JOHN BAZINET, as Mayor of the City of Glens Falls, et al., Respondents.

Argued January 18, 1946; decided March 7, 1946.

*Daniel J. Finn* and *J. Ward Russell* for appellant.

*Thomas J. McCarthy, Harry H. Singleton* and *Wyman S. Bascom* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.